ANTRONEKE MARTINENKO, Appellant, v. HELLENIC ORTHODOX COMMUNITY HAGIA BARBARA, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

PHILIP DAVIS, Respondent, v. LAWRENCE M. LYONS et al., Appellants.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

CLARA S. GLIKOS, Respondent, v. METROPOLITAN FOOD DISTRIBUTORS, INC., Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

ROSLYN METZNER, Respondent, v. EUCLID HALL COMPANY et al., Appellants. — No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

EMPIRE STATE GARAGE CORPORATION, Appellant-Respondent, v. MAX TAIGMAN, Respondent-Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR DENECKE, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSE PANSICK, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

ABRAHAM SAMUELS, Respondent, v. AMERICAN WHITE CROSS LABORATORIES, INC., Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

In the Matter of VINCENT J. GAROFOLO, JR., Petitioner, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Respondents.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

In the Matter of the Construction of the Will of HERMAN M. GIDDEN, Deceased. ESTELLE GREENBERG et al., Appellants; CAROL G. SCHAEFFER, Respondent.— Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ. [See post, p. 907.]